IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Respondent | : |
| v. | : 5:05-CV-134 |
| | : 5:91-CR-10 |
| TROY LEE BROWN, | : |
| Petitioner | : |

ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss the latest habeas petition as time barred and an impermissibly successive petition. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 15th day of June, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**